## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00679

ALAN HALL,

     Plaintiff,

          v.

LIGHTHOUSE RECOVERY ASSOCIATES, LLC,

     Defendant.

---

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### (Unlawful Debt Collection Practices)

---

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 15th day of August, 2014.

By: **_s/Todd M. Friedman**
**TODD M. FRIEDMAN (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**324 S. Beverly Dr. #725**
**Beverly Hills, CA 90212**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**Attorney for Plaintiff**

Filed electronically on this 15th day of August, 2014, with:

United States District Court CM/ECF system

A copy sent via mail on this 15th day of August, 2014 to:

Lighthouse Recovery Associates, LLC
11551 E. Arapahoe Rd., Suite 150
Centennial, CO 80112-3833

s/Todd Friedman
   Todd Friedman

2

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE